# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kozinski, Alex | Ninth Circuit Court of Appeals | 07/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

125 S. Grand Avenue
Suite 200
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | All Limited Partnerships | Reported in Section VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | March 14 | Moving Picture Industry - ASIS International/CSO Roundtable - Lecture Fee | $2,000.00 |
| 3. | April 4-7 | Texas Tech School of Law - Lecture Fee | $5,000.00 |
| 4. | April 11 | Golden Gate Univ. School of Law - Lecture Fee | $2,000.00 |
| 5. | Oct. 25-27 | U.C. Davis School of Law - Lecture Fee | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-12/31 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Santa Clara's Ingram Symposium | Jan. 12. | Santa Clara, CA. | Speaking Engagement | Travel |
| 2. | Univ. of Penna. School of Law | Feb. 2-4 | Philadelphia, PA. | Speaking Engagement | Travel & Lodging |
| 3. | New York University | Feb. 26-28 | New York, NY | Speaking Engagement | Travel & Lodging for Self and Spouse |
| 4. | Santa Clara University | March 4-5 | Santa Clara, CA | Speaking Engagement | Travel & Lodgins for Self and Spouse |
| 5. | ACLU | March 5-6 | Redding, CA | Speaking Engagement | Travel & Lodging for Self and Spouse |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 8

**Name of Person Reporting**

**Kozinski, Alex**

**Date of Report**

07/11/2012

| | | | | | |
|---|---|---|---|---|---|
| 6. | Cardozo Society/Columbus Jewish Federation | March 8-9 | Columbus, OH | Speaking Engagement | Travel & Lodging |
| 7. | LA Federal Bar Association | March 10 | Los Angeles, CA | Speaking Engagement | Lunch |
| 8. | Texas Tech School of Law & Federalist Society | April 4-7 | Lubbock, TX | Speaking Engagement | Travel & Lodging |
| 9. | Harvard Law School Federalist Society | April 20-22 | Cambridge, Massachusetts | Speaking Engagement | Travel & Lodging |
| 10. | IPSANZ Conference | Aug 26-Sept. 6 | Auckland, New Zealand & Sydney, Australia | Speaking Engagement | Travel & Lodging for Self and Spouse |
| 11. | Santa Clara Univ. School of Law | Sept. 9-11 | Santa Clara, CA | Speaking Engagement | Travel & Lodging for Self and Spouse |
| 12. | CATO Institute | Sept. 15-16 | Washington, D.C. | Speaking Engagement | Lodging & Meals |
| 13. | William & Mitchell School of Law Federalist Society | Sept. 25-26 | St. Paul, Minnesota | Speaking Engagement | Travel & Lodging |
| 14. | Santa Monica Bar Assoc. | Oct. 18 | Santa Monica, CA | Speaking Engagement | Dinner |
| 15. | U.C. Davis School of Law | Oct. 25-27 | Davis, CA | Speaking Engagement | Travel & Lodging |
| 16. | Columbia Law School Federalist Society | Oct. 30-31 | New York, NY | Speaking Engagement | Travel & Lodging |
| 17. | Yale Law School | Nov. 1-2 | New Haven, CT | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨ SHS SANMINA-SCI | A | Dividend | J | T | | | | | |
| 2. ▨ SHS STANCORP | A | Interest | J | T | | | | | |
| 3. DREYFUS MUNI MONEY MARKET FUND | D | Interest | N | T | | | | | |
| 4. ▨ SHS COCA COLA (KO) | | | | | Sold | 08/13/10 | K | A | |
| 5. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 6. ["SCHWAB MONEY MARKET FUND(SWMXX) | A | Interest | J | T | | | | | |
| 7. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 8. TIP | | None | K | T | | | | | |
| 9. HYG | | None | K | T | | | | | |
| 10. GDX | | None | M | T | | | | | |
| 11. BND | | None | J | T | | | | | |
| 12. VWO | | None | J | T | | | | | |
| 13. VGK | | None | J | T | | | | | |
| 14. VPL | | None | J | T | | | | | |
| 15. VNQ | | None | J | T | | | | | |
| 16. VB | | None | K | T | | | | | |
| 17. VTI | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 19. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 4 - Inadvertently ommitted sale from the 2010 report.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544